In the Matter of the Application of E. KELSEY SCOTT and Others for an Order of Certiorari to WILLIAM S. TITUS and Others.— Motion granted and appeals

dismissed, without costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.